# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00596-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR *IN FORMA PAUPERIS* AND WAIVER OF FILING FEE AS MOOT<br><br>[ECF Nos. 11, 12] |

Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on April 14, 2020.

On June 15, 2020, the Court granted Plaintiff's motion to proceed *in forma pauperis* in this action.

On June 18, 2020, Plaintiff filed a motion for waiver of filing fee and second motion to proceed *in forma pauperis*.  (ECF Nos. 11, 12.)  Inasmuch as Plaintiff has been granted in forma pauperis status, Plaintiff's motions filed on June 18, 2020 are denied as MOOT.

IT IS SO ORDERED.

Dated: __June 22, 2020__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1