# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00596-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S THIRD MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>[ECF No. 15] |

　　　Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On June 15, 2020, the Court granted Plaintiff's motion to proceed *in forma pauperis* in this action. On July 13, 2020, Plaintiff filed a third motion to proceed *in forma pauperis*. (ECF No. 15.) Inasmuch as Plaintiff has been granted in forma pauperis status, Plaintiff's motion filed on July 13, 2020 is denied as MOOT, and Plaintiff should refrain from filing any future motions to proceed *in forma pauperis* in this case..

IT IS SO ORDERED.

Dated: __July 15, 2020__　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1