UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>   Plaintiff,<br><br>   v.<br><br>DR. G. UGWUEZE, et al.,<br><br>   Defendants. | Case No.: 1:20-cv-00596-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>[ECF Nos. 17, 18] |

   Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

   On July 29, 2020, the undersigned screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim for retaliation and deliberate indifference against Defendant Dr. Kokor. (ECF No. 17.)  However, Plaintiff was advised that he failed to state any other cognizable claims. (Id.)  Therefore, Plaintiff was advised that he could file an amended complaint or a notice of intent to proceed on the claims found to be cognizable.  (Id.)

   On August 14, 2020, Plaintiff filed a notice of intent to proceed only on the retaliation and deliberate indifference claims against Defendant Dr. Kokor and dismiss all other claims and Defendants.  (ECF No. 18.)

///

1

Based on Plaintiff's August 14, 2020 notice, the Court will recommend that this action proceed against Defendant Dr. Kokor for retaliation and deliberate indifference to a serious medical need.  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010).  The Court will also recommend all other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

Accordingly, based on the foregoing, it is HEREBY ORDERED that the Clerk of Court randomly assign a Fresno District Judge to this action.

Further, it is HEREBY RECOMMENDED that:

1. This action proceed against Defendant Dr. Kokor for retaliation and deliberate indifference; and

2. All other claims and Defendants be dismissed for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **August 17, 2020**

UNITED STATES MAGISTRATE JUDGE