**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00596-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S DECLARATION REGARDING WAIVER OF FILING FEES AS MOOT<br><br>(ECF No. 22) |

　　　　Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　 On September 8, 2020, Plaintiff filed a declaration indicating that he has previously submitted an application for waiver of filing fees.  (ECF No. 22.)

　　　　As Plaintiff has been advised previously, his motion to proceed *in forma pauperis* was granted on June 15, 2020 (ECF No. 10), therefore, his present declaration is disregarded as moot.  As Plaintiff was advised in the Court's July 15, 2020 order, he should refrain from filing any future motions to proceed *in forma pauperis* in this case.  Any future filings relating to the filing fees will be stricken from the record.

IT IS SO ORDERED.

Dated:　**September 10, 2020**　　　　　　　　　　／s／ _____

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1