UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 21) |

　　　　Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 18, 2020, the Magistrate Judge issued Findings and Recommendations recommending that this action proceed against Defendant Dr. Kokor for retaliation and deliberate indifference to a serious medical need, and all other claims and Defendants be dismissed from the action. (Doc. No. 21.)  The Findings and Recommendations were served on Plaintiff and contained notice that objections were due within fourteen days.  (*Id.*)  No objections were filed and the time to do so has now passed.

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the pending Findings and Recommendations (Doc. No. 21) to be supported by the record and proper analysis

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on August 18, 2020 (Doc. No. 21), are adopted in full
2. This action shall proceed against Defendant Dr. Kokor for retaliation and deliberate indifference;
3. All other claims and Defendants are dismissed from the action.

IT IS SO ORDERED.

Dated:   September 17, 2020

SENIOR  DISTRICT  JUDGE

2