UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO TRACK LEGAL MAIL, AND DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COPY OF DOCKET IN THIS CASE<br><br>(ECF No. 31) |

　　　　Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion for the Court to track his legal mail, filed October 21, 2020. Plaintiff contends that officials at Richmond County Jail where he is currently housed are opening and withholding his legal mail. Plaintiff's request shall be denied. Plaintiff is advised that the last order issued in this case on September 18, 2020, which directed service on Defendant Dr. Kokor for retaliation and deliberate indifference. (ECF No. 25.) On September 21, 2020, the California Department of Corrections and Rehabilitation filed a notice of intent to waive personal service. (ECF No. 27.) On October 20, 2020, Deputy Attorney General Patrick Petersen filed a waiver of service of the summons and complaint on behalf of Defendant Dr. Kokor. (ECF No. 29.) There are currently no outstanding deadlines for which Plaintiff must comply. Therefore, there is

1

no basis to order that tracking of Plaintiff's legal mail.  In the interest of justice, the Court will direct the Clerk of Court to send Plaintiff a copy of the docket in this case.

     Accordingly, it is HEREBY ORDERED that:

    1.    Plaintiff's motion to track his legal mail is DENIED; and

    2.    The Clerk of Court shall send Plaintiff a copy of the docket in this case.

IT IS SO ORDERED.

Dated:   **October 22, 2020**

UNITED STATES MAGISTRATE JUDGE