UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S FOR PRELIMINARY INJUNCTION<br><br>(ECF Nos. 34, 42) |

　　　　Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On October 23, 2020, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion for a preliminary injunction be denied. (ECF No. 42.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (*Id*.) No objections were filed and the time to do so has now passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on October 23, 2020 (ECF No. 42), are adopted in full; and

2. Plaintiff's motion for a temporary restraining order, filed on October 22, 2020 (ECF No. 34), is denied.

IT IS SO ORDERED.

Dated:   December 3, 2020

_____
SENIOR  DISTRICT  JUDGE