# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br>(ECF Nos. 49, 50) |

Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 11, 2020, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion for entry of default be denied. (ECF No. 50.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (*Id*.) No objections were filed and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on December 11, 2020 (ECF No. 50), are adopted in full; and
2. Plaintiff's motion for entry of default, filed on December 9, 2020 (ECF No. 49), is denied.

IT IS SO ORDERED.

Dated:   January 28, 2021

_____
SENIOR  DISTRICT  JUDGE