# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>   Plaintiff,<br><br>  v.<br><br>DR. G. UGWUEZE, et al.,<br><br>   Defendants. | Case No.: 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR SETTLEMENT CONFERENCE AS PREMATURE<br><br>(ECF No. 61) |

Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's second motion requesting the Court set a settlement conference in this case, filed March 8, 2021. Plaintiff's motion is again premature as Defendants have not yet filed an answer in this case. As an initial matter, Plaintiff is advised that the Court does not order mandatory settlement conferences simply because one party requests it. Further, when Defendants file an answer, the parties may at that time confer amongst themselves to determine if a settlement conference will be beneficial, and if both parties agree the Court will set a settlement conference. Accordingly, Plaintiff's second motion to set a settlement conference is denied as premature.

IT IS SO ORDERED.

Dated: **March 10, 2021**

              UNITED STATES MAGISTRATE JUDGE

1