# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR ACCESS TO LEGAL PROPERTY<br><br>(Doc. Nos. 53, 55) |

　　　　Plaintiff Daronta T. Lewis is proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.

　　　　On January 22, 2021, the magistrate judge assigned to this action issued findings and recommendations, recommending that Plaintiff's motion for access to his legal property be denied. Doc. No. 55. The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. Id. No objections were filed and the time to do so has now passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 55) that were filed on January 22, 2021, are ADOPTED in full; and

2. Plaintiff's motion for access to his legal property (Doc. No. 53) that was filed on January 21, 2021, is DENIED.

IT IS SO ORDERED.

Dated:  March 16, 2021

SENIOR DISTRICT JUDGE