UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A DISCOVERY CONFERENCE<br><br>(ECF No. 65) |

　　　　Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion for a discovery conference, filed March 18, 2021.

　　　　Plaintiff moves for a discovery conference pursuant to Federal Rule of Civil Procedure 26(f). Parties are generally required to confer prior to a scheduling order. Fed. R. Civ. P. 26(f). However, certain proceedings are exempt from this requirement. This includes "an action brought without an attorney by a person in the custody of the United States, a state, or a state subdivision." Fed. R. Civ. P. 26(a)(1)(B)(iv). This action was brought by Plaintiff, a prisoner proceeding pro se. It is thus exempt from the requirements of a discovery conference pursuant to Rule 26(f). Further, as stated in the Court's first informational order, "[a]fter defendants' answers are filed, the Court will issue an order

1

opening discovery and setting deadlines for completing discovery, amending the pleadings, and filing dispositive motions. No discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin." (Order, ¶ V, ECF No. 5.)  Accordingly, it is HEREBY ORDERED that Plaintiff's motion for discovery conference, filed March 18, 2021, is denied.

IT IS SO ORDERED.

Dated:  **March 22, 2021**

UNITED STATES MAGISTRATE JUDGE