UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00596-AWI-SAB (PC)<br><br>NOTICE OF ERRATA TO MARCH 31, 2021 ORDER<br><br>(ECF No. 69) |

Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference before Magistrate Judge Barbara A. McAuliffe on June 3, 2021.

The Court's March 31, 2021 order lists the telephone number of Courtroom Deputy, Esther Valdez, as (559) 499-5799.  However, the parties are advised that the correct telephone number is **(559) 499-5788**.

IT IS SO ORDERED.

Dated:   **April 20, 2021**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1