# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER FOR SETTLEMENT CONFERENCE AS MOOT<br><br>(ECF No. 78) |

　　　　Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion to transfer for settlement conference, filed on May 26, 2021.

　　　　Inasmuch as the settlement conference was vacated by order issued on May 24, 2021, Plaintiff's motion to transfer for the previously scheduled settlement conference is denied as moot.

IT IS SO ORDERED.

Dated: **May 27, 2021**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE