# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>DR. G. UGWUEZE, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S FIFTH MOTION FOR APPOINTMENT OF COUNSEL FILED ON JULY 1, 2021<br><br>(ECF No. 91) |

Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's fifth motion for appointment of counsel, filed on July 1, 2021.

On June 21 and June 25, 2021, the Court denied Plaintiff's previously motions for appointment of counsel. (ECF Nos. 81, 83, 84, 88.)

On June 28, 2021, Plaintiff filed another motion for appointment of counsel, which was denied as duplicative. (ECF Nos. 89, 90.) As stated in the Court's June 25, 2021 order,

> [I]n light of the reasons proffered, the claims underlying this action, and the current scheduling order in this action, the Court does not find exceptional circumstances requiring appointment of counsel. Specifically, the current deadlines in this action are: (1) an exhaustion motion filing deadline of August 24, 2021; (2) a deadline to amend pleadings of November 24, 2021; (3) a discovery deadline of January 24, 2022; and (4) a dispositive motion filing deadline of April 4, 2022. (ECF No. 76). Given Plaintiff has no knowledge of the extent of his injury or how long it

1

will last, and the current deadlines, the Court finds a more appropriate remedy would be a reasonable extension of any relevant deadline, if the need presents itself in the future.

(ECF No. 88 at 2.) In the present motion, Plaintiff contends that his right arm is still non-operational and is in need of counsel to participate in the discovery process. However, as stated in the Court's June 25, 2021 order, given that Plaintiff does not know how long his injury will last and he currently undergoing medical treatment, the Court finds the more appropriate remedy would be to seek a reasonable extension of time, if necessary. Further, it is clear that Plaintiff has assistance by prison staff, and there is no showing that confidential information will be compromised by such assistance. Moreover, the discovery deadline does not expire until January 24, 2022. Accordingly, Plaintiff's motion for appointment of counsel, filed on July 1, 2021, is denied, without prejudice.

IT IS SO ORDERED.

Dated: __July 2, 2021__

UNITED STATES MAGISTRATE JUDGE