UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>   Plaintiff,<br><br>  v.<br><br>DR. G. UGWUEZE, et al.,<br><br>   Defendants. | Case No.: 1:20-cv-00596-AWI-SAB (PC)<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING PLAINTIFF'S EXHAUSTION-RELATED MOTION FOR SUMMARY JUDGMENT BE DENIED AS UNNECESSARY<br><br>(ECF No. 99) |

  Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

  On September 10, 2021, Plaintiff filed a motion for summary judgment regarding exhaustion of the administrative remedies. (ECF No. 99.)

**I.**

**DISCUSSION**

  This action is proceeding against Defendant Dr. Kokor for retaliation in violation of the First Amendment and deliberate indifference in violation of the Eighth Amendment.

  Failure to exhaust administrative remedies is an affirmative defense that must be raised by defendants and proven on a motion for summary judgment. See Albino v. Baca, 747 F.3d 1162, 1172 (9th Cir. 2014).

///

Although Plaintiff contends the motion for summary judgment is brought to demonstrate exhaustion of the administrative remedies, the bulk of Plaintiff's motion addresses the merits of his claims. To the extent that Plaintiff's motion addresses the issue of exhaustion, which is an affirmative defense and not a basis for judgment in Plaintiff's favor, his motion is unnecessary and shall be denied. Defendants did not file a motion for summary judgment on non-exhaustion grounds and the deadline to do has passed. Accordingly, Plaintiff's motion for summary judgment should be denied as unnecessary as his arguments are relevant only to oppose a motion for summary judgment filed by Defendants.

## II.

## RECOMMENDATION

Based on the foregoing, it is HEREBY RECOMMENDED that Plaintiff's motion for summary judgment, filed on September 10, 2021, be denied.

This Findings and Recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **thirty (30) days** after being served with this Findings and Recommendation, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **September 14, 2021**

UNITED STATES MAGISTRATE JUDGE