UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S EXHAUSTION-RELATED MOTION FOR SUMMARY JUDGMENT<br><br>(ECF Nos. 99, 100) |

　　　　Plaintiff Daronta T. Lewis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 14, 2021, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's exhaustion-related motion for summary judgment be denied as unnecessary. (ECF No. 100.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within thirty days. (*Id.*) No objections were filed and the time to do so has now passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on September 14, 2021 (ECF No. 100), are adopted in full; and

2. Plaintiff's exhaustion-related motion for summary judgment (ECF No. 99) is denied as unnecessary.

IT IS SO ORDERED.

Dated: October 26, 2021

SENIOR DISTRICT JUDGE