1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DARONTA T. LEWIS,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**DR. G. UGWUEZE, et al.,**<br><br>            **Defendants.** | **CASE NO. 1:20-cv-00596-AWI-SAB (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>(Doc. Nos. 103 & 104) |

Plaintiff Daronta T. Lewis is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 13, 2021, the magistrate judge issued findings and recommendations, wherein it was recommended that Plaintiff's motion for a preliminary injunction be denied.  Doc. No. 104. The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen days.  Id.  No objections were filed and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations (Doc. No. 104) that were issued on October 13, 2021, are ADOPTED in full; and

2.      Plaintiff's motion for a preliminary injunction (Doc. No. 103) is DENIED.

IT IS SO ORDERED.

Dated:   December 6, 2021      _____

                              SENIOR  DISTRICT  JUDGE