# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEW,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. G. UGWUEZE, et al.,<br><br>  Defendants. | Case No.  1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STAND ON INITIAL COMPLAINT AS MOOT<br><br>(ECF No. 110) |

Daronta T. Lewis ("Plaintiff"), a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 10, 2021, Plaintiff filed a motion to stand on initial complaint. (ECF No. 110.) Plaintiff's motion is moot.

On July 29, 2020, the undersigned screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim for retaliation and deliberate indifference against Defendant Dr. Kokor. (ECF No. 17.) However, Plaintiff was advised that he failed to state any other cognizable claims. (Id.) Plaintiff was advised that he could file an amended complaint or a notice of intent to proceed on the claims found to be cognizable. (Id.)

On August 14, 2020, Plaintiff filed a notice of intent to proceed only on the retaliation and deliberate indifference claims against Defendant Dr. Kokor and dismiss all other claims and Defendants. (ECF No. 18.) Therefore, on August 18, 2020, the Court issued Findings and

Recommendations recommending the action proceed on the retaliation and deliberate indifference claims against Defendant Dr. Kokor and all other claims and Defendants be dismissed.  (ECF No. 21.)  The Findings and Recommendations were adopted in full on September 17, 2020.  (ECF No. 24.)  Defendant filed an answer to the complaint on March 30, 2021, and the deadline to file a dispositive motion is April 4, 2022.  (ECF Nos. 67, 76.)  Accordingly, Plaintiff's motion to stand on initial complaint is denied as moot.

IT IS SO ORDERED.

Dated:   **December 14, 2021**

UNITED STATES MAGISTRATE JUDGE