# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. G. UGWUEZE, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSIITON TO PLAINTIFF'S MOTIONS FOR STAY<br><br>(ECF Nos. 112, 113 ) |

Daronta T. Lewis ("Plaintiff"), a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 18, 2022 and January 25, 2022, Plaintiff filed separate motions to stay and/or continue this action. (ECF Nos. 112, 113.) The Court HEREBY ORDERS Defendant to file an opposition or statement of non-opposition to Plaintiff's motions within seven (7) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **February 10, 2022**

UNITED STATES MAGISTRATE JUDGE

1