# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. G. UGWUEZE, et al.,<br><br>    Defendants. | Case No.  1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR A RULING ON MOTION TO COMPEL AS PREMATURE<br><br>(ECF No. 118) |

Daronta T. Lewis ("Plaintiff"), a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 2, 2022, Plaintiff filed a motion to compel discovery.  (ECF No. 114.)

On February 7, 2022, Plaintiff filed a motion requesting the Court issue a ruling on his pending motion to compel.

Plaintiff is advised that pursuant to Local Rule 230(l), Defendant has twenty-one days after the date of service of the motion to file an opposition or statement of non-opposition. Accordingly, because the time for filing an opposition has not yet passed, Plaintiff's request for a ruling on his motion to compel is denied as premature.

IT IS SO ORDERED.

Dated:  **February 10, 2022**

                                          UNITED STATES MAGISTRATE JUDGE