# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>       Plaintiff,<br><br>   v.<br><br>DR. G. UGWUEZE, et al.,<br><br>       Defendants. | Case No.  1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS TO EXTEND THE DISCOVERY DEADLINE<br><br>(ECF Nos. 112, 113) |

Daronta T. Lewis ("Plaintiff"), a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motions to extend the discovery deadline, filed January 18, 2022 and January 25, 2022.  (ECF Nos. 112, 113.)  Pursuant to court order, Defendant filed a statement of non-opposition to Plaintiff's motions on February 17, 2022. (ECF No. 123.)

Based on the showing of good cause and the lack of opposition by Defendant, it is HEREBY ORDERED that the discovery deadline is extended to **May 3, 2022**, and the correlating dispositive motion deadline is extended to **July 5, 2022**.  All other provisions of the Court's May 24, 2021 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:  **February 17, 2022**

UNITED STATES MAGISTRATE JUDGE

1