# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL<br><br>(ECF Nos. 114, 125) |

Daronta T. Lewis ("Plaintiff"), a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to compel, filed February 2, 2022.[1] (ECF No. 114.) Plaintiff filed the same motion again on February 18, 2022. (ECF No. 125.)

Defendant filed an opposition on February 23, 2022. (ECF No. 126.) The Court deems Plaintiff's motion submitted as a reply is not necessary.

While Plaintiff constructively filed the initial motion to compel prior to the discovery deadline in place at that time, i.e., January 24, 2022, Defendant submits, under penalty of

---

[1] With application of the mailbox rule, Plaintiff's initial motion to compel was constructively filed on January 1, 2022. (ECF No. 114). Under the "mailbox rule," when a pro se inmate gives prison authorities a pleading to mail to court, the court deems the pleading constructively "filed" on the date it is signed. Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010); Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009) (stating the "mailbox rule applies to § 1983 suits filed by pro se prisoners").

1

perjury, that the discovery was not served on Defendant. (Declaration of Matthew Roman ¶ 2, ECF No. 126.) In addition, the Court recently extended the discovery deadline from January 24, 2022 to May 3, 2022, and Defendant is willing to provide responses to Plaintiff's written discovery requests, pursuant to that order. (ECF Nos. 124, 126.) Accordingly, because Defendant never received Plaintiff's discovery requests Plaintiff's motions to compel shall be denied and Defendant will be allowed forty-five days to respond.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motions to compel (ECF No. 114, 125) are DENIED; and
2. Within **forty-five (45)** days from the date of service of this order, Defendant shall file a response to Plaintiff's discovery requests attached to the motions to compel.

IT IS SO ORDERED.

Dated:  **February 23, 2022**

UNITED STATES MAGISTRATE JUDGE