# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION REQUESTING BALANCE OF FILING FEE<br><br>(ECF No. 130) |

　　Daronta T. Lewis ("Plaintiff"), a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Currently before the Court is Plaintiff's motion requesting the remaining balance due toward the filing fee, filed April 8, 2022. (ECF No. 130.) The Court has confirmed with the financial department that $50.00 was received on June 2, 2021 and credited toward the $350.00 filing fee, such that $300.00 remains outstanding.

IT IS SO ORDERED.

Dated: __**April 11, 2022**__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1