1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11  DARONTA T. LEWIS,                                Case No.  1:20-cv-00596-AWI-SAB (PC)

12          Plaintiff,

                                                     ORDER REGARDING PLAINTIFF'S
13      v.                                           MOTION TO DISCONTINUE STAY

14  DR. G. UGWUEZE, et al.,                          (ECF No. 131)

15          Defendants.

16

17      Daronta T. Lewis ("Plaintiff"), a state prisoner, is proceeding pro se and in forma

18  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

19      Currently before the Court is Plaintiff's motion to discontinue the stay, filed April 8,

20  2022.  Plaintiff is advised that the instant action is not and has not been stayed, and the current

21  discovery deadline is May 3, 2022.  (ECF No. 124.)  Accordingly, Plaintiff's motion to

22  discontinue the stay is denied as unnecessary.

23
    IT IS SO ORDERED.
24

25  Dated:   __**April 11, 2022**__                  _____

26                                                   UNITED STATES MAGISTRATE JUDGE

27

28

1