# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>DR. G. UGWUEZE, et al.,<br><br>Defendants. | Case No. 1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR CONFORMED COPY OF MOTION TO COMPEL<br><br>(ECF Nos. 136, 137) |

Daronta T. Lewis ("Plaintiff"), a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 13, 2022, Plaintiff filed a motion to compel discovery. (ECF No. 135.) On May 13, 2022 and May 16, 2022, Plaintiff filed motions for the Court to acknowledge the filing of his motion to compel. (ECF Nos. 136, 137.) The Court construes Plaintiff's motions as requests for a conformed copy of his motion to compel filed on May 13, 2022. Plaintiff's requests shall be denied.

Plaintiff is advised that the Clerk of the Court does not ordinarily provide free copies of case documents to parties. Plaintiff is responsible for maintaining his own records for this proceeding. Further, even though Plaintiff is proceeding *in forma pauperis* in this action, that status does not entitle him to free copies of documents from the Court. See, e.g., Hullom v. Kent, 262 F.2d 862, 863 (6th Cir. 1959). The Clerk charges $0.50 per page for copies of

1

documents. See 28 U.S.C. § 1914(b).  Copies of documents and of the docket sheet may be made by the Clerk's Office upon written request and prepayment of the copy fees.  Accordingly, Plaintiff's motions for a conformed copy of the motion to compel, filed on May 13, 2022, are denied.  The Court will issue a ruling on the motion to compel after the deadline for filing an opposition and/or any reply has expired.  Local Rule 230(l).

IT IS SO ORDERED.

Dated:   **May 18, 2022**

UNITED STATES MAGISTRATE JUDGE