# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. G. UGWUEZE, et al.,<br><br>    Defendants. | Case No.  1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSIITON TO PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 135) |

Daronta T. Lewis ("Plaintiff"), a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 13, 2022, Plaintiff filed a motion to compel discovery.  (ECF No. 135.) Defendant has not filed an opposition and the time to do has passed.  Local Rule 230(0\l). Accordingly, it is HEREBY ORDERED that Defendant shall file an opposition or statement of non-opposition to Plaintiff's motion to compel (ECF No. 135) within seven (7) days from the date of service of this order.  Defendant is reminded that the failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.  Local Rule 230(l).

IT IS SO ORDERED.

Dated:  **June 7, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1