# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. UGWUEZE, et al.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00596-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR MONETARY SANCTIONS<br><br>(ECF No. 142) |

Daronta T. Lewis ("Plaintiff"), a state prisoner, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 10, 2022, the Court denied Plaintiff's motion to compel discovery. (ECF No. 141.)  On June 17, 2022, Plaintiff filed a motion for monetary sanctions seeking sanctions related a motion to compel, for sixty hours of time spent completing research, copies, supplies, and filing costs. (ECF No. 142.)  It appears Plaintiff is seeking to have any sanctions applied to his filing fee in this action.

Plaintiff's motion for monetary sanctions was signed on June 12, 2022. (ECF No. 142 at 2.)  It is not clear if Plaintiff has received notification that the motion to compel was denied on June 10, 2022.  However, because Plaintiff's motion to compel was denied, Plaintiff is not entitled to the award of any sanctions.  See Fed. R. Civ. P. 37(a)(5)(A) ("If the motion is granted . . . the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the

1

movant's reasonable expenses incurred in making the motion, including attorney's fees.").

Accordingly, Plaintiff's motion for monetary sanctions (ECF No. 142) is DENIED.

IT IS SO ORDERED.

Dated:   **June 21, 2022**

UNITED STATES MAGISTRATE JUDGE