1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 EASTERN DISTRICT OF CALIFORNIA
9

10 DARONTA T. LEWIS,

Plaintiff,

11 v.

12 DR. G. UGWUEZE, et al.,

13 Defendants.

14

Case No.  1:20-cv-00596-AWI-SAB (PC)

ORDER REGARDING CONSENT TO,
DECLINE TO, OR WITHHOLD CONSENT
TO UNITED STATES MAGISTRATE
JUDGE JURISDICTION WITHIN
**FOURTEEN (14) DAYS**

15
16      Daronta T. Lewis ("Plaintiff"), a state prisoner, is proceeding pro se and in forma pauperis

17 in this civil rights action pursuant to 42 U.S.C. § 1983.

18      This matter is currently ready to proceed to jury trial  on Plaintiff's retaliation and

deliberate indifference claims against Defendant Dr. Kokor.

19      Plaintiff consented to Magistrate Judge jurisdiction on July 13, 2020.  (Doc. No. 14.)

20      The Fresno Division of the Eastern District of California now has the heaviest District

21 Judge caseload in the entire nation.  While the Court will use its best efforts to resolve this case

22 and all other civil cases in a timely manner, the parties are admonished that not all of the parties'

23 needs and expectations may be met as expeditiously as desired.

24      District Judges are now setting multiple trials to begin upon the same date, and as a result

25 parties may find their case trailing with little notice before the trial begins.  The law requires the

26 Court give any criminal case priority over civil trials and other matters, and the Court must

27 proceed with criminal trials even if a civil trial is older or was set earlier.  Continuances of civil

28

1

trials under these circumstances will no longer be entertained, absent a specific and stated finding of good cause.  If multiple trials are scheduled to begin on the same day, this civil trial will trail day to day or week to week until completion of any criminal case or older civil case.

The parties are advised of the availability of a United States Magistrate Judge to conduct all proceedings in this action.  A United States Magistrate Judge is available to rule upon dispositive motions and conduct trials if need be, including entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305.

Plaintiff has already consented to Magistrate Judge jurisdiction, but Defendant has neither consented nor declined.  Based on the foregoing, the court will direct the Clerk of the Court to provide the Defendant  with the court's standard form to consent to or decline Magistrate Judge jurisdiction.  Within fourteen (14) days of this order's date of service, Defendant shall either consent to or decline Magistrate Judge jurisdiction by filling out the requisite forms and returning them to the court.  Notwithstanding the foregoing, Defendant is free to decline or withhold consent without any adverse substantive consequences.  The Court also takes no position on the merits of any claim or defense in this case by issuing this order.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send Defendant a copy of the consent/decline form and the instructions for consenting to or declining Magistrate Judge jurisdiction; and

2. Within fourteen (14) days from the date of service of this order, Defendant shall complete and return the Consent or Request for Reassignment form; OR

3. If the form is not received within fourteen (14) days, the Court will assume that the parties have withheld consent, and will proceed accordingly.

IT IS SO ORDERED.

Dated:   July 25, 2022

_____
SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28