# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. KOKOR,<br><br>    Defendant. | Case No. 1:20-cv-00596-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT KOKOR TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR ATTENDANCE OF WITNESSES<br><br>(ECF No. 161) |

Plaintiff Daronta T. Lewis is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on December 13, 2022.

On September 13, 2022, Plaintiff filed a motion for the attendance of witnesses. (ECF No. 161.) Defendant Kokor has not filed an opposition or statement of non-opposition and the time to do so has expired. Local Rule 230(l). Accordingly, it is HEREBY ORDERED that within five (5) days from the date of service of this order Defendant shall file an opposition or statement of non-opposition to Plaintiff's motion for attendance of witnesses.

IT IS SO ORDERED.

Dated: __October 5, 2022__

_____
UNITED STATES MAGISTRATE JUDGE