# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. KOKOR,<br><br>    Defendant. | Case No. 1:20-cv-00596-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED OR FILE PRETRIAL STATEMENT WITHIN SEVEN DAYS<br><br>(ECF No. 157) |

Plaintiff Daronta T. Lewis is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case is currently set for jury trial on December 13, 2022, and a telephonic pretrial hearing is set for October 28, 2022.

Pursuant to the Court's August 10, 2022, scheduling order Plaintiff's pretrial statement was due on or before October 4, 2022.  Plaintiff has failed to file his pretrial statement and the time to do has now passed.  Accordingly, Plaintiff is HEREBY ORDERED to either file his pretrial statement or show cause by written response why this action should not be dismissed, with prejudice, for failure to obey the Court's order and for failure to prosecute. Plaintiff's response is due within **seven (7) days** from the date of service of this order. If Plaintiff fails to file his pretrial statement or a response demonstrating good cause, the action may be dismissed, with prejudice. Fed. R. Civ. P. 16(f)(1)(C); Local Rule 110.

IT IS SO ORDERED.

Dated: **October 11, 2022**

UNITED STATES MAGISTRATE JUDGE

1