# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. KOKOR,<br><br>　　　　Defendant. | Case No. 1:20-cv-00596-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED ON OCTOBER 11, 2022<br><br>(ECF No. 169) |

Plaintiff Daronta T. Lewis is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on December 13, 2022.

On October 11, 2022, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed for failure to file a pretrial statement. (ECF No. 169.)

Inasmuch as Plaintiff filed a pretrial statement on October 11, 2022, which was entered on the Court's docket on October 12, 2022, the order to show cause (ECF No. 169) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __October 12, 2022__　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1