# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. KOKOR,<br><br>  Defendant. | Case No. 1:20-cv-00596-SAB (PC)<br><br>**ORDER VACATING PRETRIAL CONFERENCE SCHEDULED FOR OCTOBER 28, 2022, AT 9:30 A.M.** |

Plaintiff Daronta T. Lewis is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for a pretrial conference on October 28, 2022.

On October 27, 2022, the Court received information via email from Deputy Attorney General, Matthew Roman that this case was settled as part of a global settlement with another matter filed by Plaintiff Daronta Lewis. Accordingly, the pretrial conference scheduled for October 28, 2022, is VACATED.

Dated: **Oct 27, 2022**

Stanley A. Boone
U.S. Magistrate Judge

1