# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>              Plaintiff,<br><br>     v.<br><br>DR. KOKOR,<br><br>              Defendant. | Case No. 1:20-cv-00596-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE<br><br>(ECF No. 180) |

On October 27, 2022, the instant case filed pursuant to 42 U.S.C. § 1983, was settled by Magistrate Judge Erica P. Grosjean and the settlement terms and conditions were placed on the record. (ECF No. 179.) The Court also vacated all deadlines and hearings and ordered that dispositional documents be filed within sixty days. (Id.)

Currently before the Court is Plaintiff's motion for a continuance, filed November 14, 2022. Plaintiff submits that he has not yet received any documents to sign as part of the settlement conference. However, as stated on October 27, 2022, dispositional documents are not due until sixty days thereafter. Accordingly, there is no basis for a continuance and Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated:   **November 16, 2022**

UNITED STATES MAGISTRATE JUDGE

1