# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. KOKOR,<br><br>　　　　Defendant. | Case No. 1:20-cv-00596-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL, AND TERMATING MOTION TO DISMISS AS MOOT<br><br>(ECF Nos. 182, 184) |

　　　　On October 27, 2022, the instant action filed by Plaintiff under 42 U.S.C. § 1983, along case numbers 1:20-cv-000574 JLT HBK and 2:21-cv-00932 TLN EFB, were settled and the terms and conditions were placed on the record. (ECF No. 179.)

　　　　On November 17, 2022, Plaintiff filed a motion to dismiss the settlement, which is self-dated November 11, 2022. (ECF No. 182.)

　　　　On December 1, 2022, the parties filed a stipulation to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as the case has been resolved in its entirety, which is dated by Plaintiff on November 14, 2022. (ECF No. 184.)

　　　　Rule 41(a)(1)(A)(ii) provides in pertinent part that, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have

appeared. A voluntary stipulation to dismiss an action pursuant to Rule 41(a)(1)(A)(ii) automatically terminates the action without operation of a court order." Black Rock City, LLC v. Pershing Cty. Bd. of Comm'rs, 637 F. App'x 488 (9th Cir. 2016) (citing Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999)).  Here, Plaintiff and counsel for Defendant have signed and dated a stipulation to dismiss this action, and filed it with the Court. Such stipulation post-dates Plaintiff's motion to dismiss the settlement and therefore the Court finds that Plaintiff has willingly and voluntarily stipulated to dismiss this action pursuant to the settlement terms placed on the record on October 27, 2022.[1]

In light of parties' stipulation for voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own litigation costs and attorney's fees. The Clerk of the Court is directed to terminate all pending motions and deadlines and close this action.

IT IS SO ORDERED.

Dated:   **December 5, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] This finding is supported by the fact that on November 28, 2022, Plaintiff also filed a motion to dismiss the settlement in case number 2:21-cv-00932 TLN EFB, which was withdrawn by Plaintiff, and the case was dismissed with prejudice on December 2, 2022.  (See Case No. 2:21-cv-00932 TLN EFB, ECF Nos. 102, 103.)

2